| | |
|---|---|
| **UNITED STATES BANKRUPTY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Marie-Ann Greenberg MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** | |
| **IN RE:**<br><br>**YOLANDA CORTES**<br>**RAYMOND CORTES,**<br><br>**Debtors** | Case No.:  06-13926 MS |

## NOTICE DEPOSITING UNCLAIMED FUNDS
## PURSUANT TO D.N.J. LBR 7067-1

Marie-Ann Greenberg, Trustee in the above captioned matter, states that the entire amount in the Trustee's Account has been disbursed and that the following funds remain unclaimed.  The undersigned shall immediately forward a check to the Court in the amount of $1,291.19, payable to the Clerk, United States Bankruptcy Court.  The party entitled to said funds is listed below together with the last known address and other additional information.

Payee Name & Address:    COLUMBIA CREDIT SERVICES INC
                         1731 HOWE AVE, # 360
                         SACRAMENTO, CA  95825

Amount:                  $1,291.19

Trustee Claim Number:    9

Court Claim Number:      18

Reason:                  Checks have been returned as undeliverable

By:   /S/  Marie-Ann Greenberg
      MARIE-ANN GREENBERG
      CHAPTER 13 STANDING TRUSTEE

Dated:  June 24, 2011